# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| The United States of America, )<br>*ex rel.* Lindsay Franzo )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>Careteam, Inc.; Johanna Haynes; )<br>Dr. Bi AkwenTadzong-Fomundam, M.D.; )<br>Dr. Nyabilondi Huguette Ebama, M.D.; )<br>and Dr. Ramesh Anand Bharadwaj, )<br> )<br>Defendants. ) | CA No.: **4:15-cv-03387-RBH**<br><br>**FILED UNDER SEAL** |

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

**IT IS ORDERED** that,

1. the complaint be unsealed and served upon the defendants by the relator;

2. the relator serve this Order and the Government's Notice of Election to Decline Intervention, after service of the complaint;

3. the seal be lifted as to all other papers filed in this action;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. the parties shall serve all notices of appeal upon the United States;

6. all orders of this Court shall be sent to the United States; and that

    7.  should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, either the relator or the defendants will solicit the written consent of the United States before presenting the matter to this court for its ruling or granting its approval.

    **IT IS SO ORDERED.**

February 9, 2016                                            <u>s/ R. Bryan Harwell</u>
Florence, South Carolina                        R. Bryan Harwell
                                                               United States District Judge